No. 394. HUCKABY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *James Easly* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 410. DAVID v. STRELECKI, DIRECTOR OF DIVISION OF MOTOR VEHICLES OF NEW JERSEY. Sup. Ct. N. J. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition. *Patrick T. McGahn, Jr.,* for petitioner. *Arthur J. Sills,* Attorney General of New Jersey, *Joseph A. Hoffman,* First Assistant Attorney General, and *William J. Brennan III,* Assistant Attorney General, for respondent.

No. 416. EPLING v. OHIO STATE BAR ASSN. Sup. Ct. Ohio. Certiorari denied. *George E. Tyack* for petitioner. *Samuel T. Gaines* for respondent.

No. 419. HART v. OHIO STATE BAR ASSN. Sup. Ct. Ohio. Certiorari denied. *George E. Tyack* for petitioner. *Samuel T. Gaines* and *James F. Shumaker* for respondent.

No. 420. LORAINE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Russell E. Parsons* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 421. WANGROW ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.